■ In the Matter of the Claim of MARK PROTONENTIS, Appellant. BOARD OF EDUCATION OF THE NEWBURGH CITY SCHOOL DISTRICT, Respondent; COMMISSIONER OF LABOR, Respondent. [984 NYS2d 281]—Appeal from a decision of the Unemployment Insurance Appeal Board, filed April 19, 2013, which ruled that claimant was disqualified from receiving unemployment insurance benefits because his employment was terminated due to misconduct.

Decision affirmed. No opinion.

Peters, P.J., Stein, Rose and Egan Jr., JJ., concur. Ordered that the decision is affirmed, without costs.